IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GENARD CHESTNUT,

    Plaintiff,

v.                                          Case No.  4:14cv403-MW/GRJ

KENDRIC ROSS,

    Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation.  ECF No. 5.  The Court has also reviewed *de novo* Plaintiff's objections to the report and recommendation ECF No. 6.   Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Leave to proceed as a pauper is **DENIED**.  This case is **DISMISSED without prejudice** for abuse of the judicial process."  The Clerk shall close the file.

**SO ORDERED on September 11, 2014.**

                                                              s/Mark E. Walker_____
                                                              **United States District Judge**